Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
## for the
_____ District of Maine

_____ Division

Christine M. Gates

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

MMCA, Maine Midcoast Community Action

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. 2:18-cv-151-NT
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑Yes  ☐No

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christine Gates |
| Street Address | 49 Concord St. |
| City and County | Portland, Cumberland County |
| State and Zip Code | Maine 04103 |
| Telephone Number | (207)274-1134 |
| E-mail Address | gatesc54@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name                         Maine Midcoast Community Action

    Job or Title *(if known)*

    Street Address                 34 Wing Farm Parkway

    City and County            Bath, Sagadahoc County

    State and Zip Code        Maine 04530

    Telephone Number        (207)442-7963

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | MMCA |
| Street Address | 34 Wing Farm Parkway |
| City and County | Bath, Sagadahoc County |
| State and Zip Code | Maine 04530 |
| Telephone Number | (207)442-7963 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[x]    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ]    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Other federal law *(specify the federal law)*:

[x]    Relevant state law *(specify, if known)*:
Maine Title 17, Chapter 17, Blacklisting

[ ]    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☒    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts *(specify)*:    Extensive blacklisting by preventing the plaintiff from finding work has transpired.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

November 2014-present

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race    _____

☐    color    _____

☒    gender/sex    Same-sex sexual harrassment _____

☐    religion    _____

☐    national origin    _____

☐    age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Plaintiff was sexually harassed by her female supervisor. Plaintiff reported the behavior and concerns but was dismissed because her former boss is a woman. Offender's actions were excused as "just being nice." When the behavior escalated, plaintiff was traumatized when her boss rubbed her body against the plaintiff's behind and was only then relocated. Once there, plaintiff was asked to return to her original spot. Plaintiff did not want to go but supervisors coerced her with vacation time and a new position. When they used the kids' needs, plaintiff agreed. Once there, the promised perks were stripped away and coworkers began fights with her over nothing. They reported that plaintiff was doing things that she was not. Plaintiff went to HR and cited that she was being retaliated against. Again, she was ignored. Then, she was subsequently fired without an investigation into the retaliation. Since 9/15, plaintiff has been ruthlessly blackballed to where she has been unable to find a job that she is both qualified for and one where she gets paid appropriately. Currently, plaintiff is an ed. tech in an elementary school with three college degrees. She has her master's in elementary education plus a bachelor's and an associate's degree. She has her current Maine teaching license and five years of teaching experience in schools. She also has decades of experience working with children in general. MMCA accused plaintiff of mishandling children which injured her good name. She has been unable to find a job as a teacher in the state of Maine and New Hampshire. This coincided with her dismissal from MMCA and continues years later.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Plaintiff filed with the MHRC immediately after her dismissal in 9/15. It took MHRC over 2 years to reach a decision and they sided with MMCA. Plaintiff has been unable to retain an attorney even with exhaustive searches all over the U.S. By the time plaintiff got the response, she had very little time to act and it appeared deliberate. MHRC also refused to accept new evidence that proved the blackballing. No attorney would help her given the short time frame and her lack of finances.

B.      The Equal Employment Opportunity Commission *(check one)*:

☐       has not issued a Notice of Right to Sue letter.

☒       issued a Notice of Right to Sue letter, which I received on *(date)*       3/9/18               .

        *(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

        Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐       60 days or more have elapsed.

☐       less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Plaintiff asks for a minimum of $100,000 in damages for unfair dismissal, loss & restitution of back pay, loss of job prospects and income, damage to plaintiff's good name, and emotional pain and suffering. Plaintiff requests a public and formal apology for the extensive damage spread throughout the community and to employers. A public and formal retraction is also expected as well as a neutral reference for work rendered.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  4/2/18

| | |
|---|---|
| Signature of Plaintiff | Christine M. Gates |
| Printed Name of Plaintiff | Christine M. Gates |

49 Concord St.
Portland, ME 04103
(207) 274- 1134

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Appendix D:  Sample of Certificate of Service

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MAINE

Christine M. Gates

Name(s) of Plaintiff(s)

v.                                          Case No.:

Name(s) of Defendant(s)

Maine Midcoast Community Action

## CERTIFICATE OF SERVICE

I, CMG    , representing myself, do hereby certify that on

this 5th day of , 2018      I served a copy of the foregoing on the opposing side by

mailing/hand delivering a copy thereof to (list the name and addresses of the

person(s) you sent a copy to):

John D. Gleason                 1 Canal Plaza #1000 Portland, ME 04101

Signature :  Christine M. Gates            Date: 4-2-18

35